UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YOEL HERRERA SATOLONGO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Adelanto Ice Processing Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-02654-SSS-DTB<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 22, 2026

SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE