JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| YOEL HERRERA SATOLONGO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Adelanto Ice Processing Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-02654-SSS-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 22, 2026

SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE